JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4493
    Facsimile: (213) 894-7177
    E-mail:   Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 15-06492-PA(GJSx) |
| Plaintiff, | [PROPOSED] CONSENT JUDGMENT |
| v. | |
| $66,783.00 IN U.S. CURRENCY | |
| Defendant. | |
| GEORGE AZIZYAN | |
| Claimant. | |

    This action was filed on August 26, 2015 against the defendant $66,783.00 in U.S. Currency ("defendant currency"). George Azizyan claims an interest in the defendant currency and has filed a claim. No other claims or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff United States of

America and Azizyan have reached an agreement that is dispositive of the action, and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Azizyan.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

C. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Azizyan are deemed to have admitted the allegations of the Complaint. The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

D. The United States of America shall have judgment as to $56,783.00 of the defendant and all interest earned of the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States Secret Service is ordered to dispose of said funds in accordance with law.

E. $10,000.00 of the defendant currency shall be returned to Azizyan.

F. The funds to be returned to Azizyan shall, at the government's option, be returned by either check or wire transfer within 60 days of the date this Judgment is entered. If the United States elects to make the payment by check, the check will be payable to "The Law Offices of Paul L. Gabbert client trust account", and mailed to George Azizyan, in care of his attorney, Paul L. Gabbert, Esq., 2115 Main Street, Santa Monica, California 90405. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to a bank account designated by Azizyan. Azizyan agrees to provide the necessary bank account information and personal identifiers upon request from the United States.

G. Azizyan has released the United States of America, its agencies, agents, and

officers, including employees and agents of the United States Secret Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

H.  The Court finds that there was reasonable cause for the institution of these proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: November 30, 2015

THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: November 30, 2015

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: November 25, 2015

PAUL L. GABBERT, ESQ.
Attorney for Claimant
GEORGE AZIZYAN

DATED: November 23, 2015

GEORGE AZIZYAN
CLAIMANT

3